UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANKICA JURIC, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 4:07CV1433 CDP |
| | ) |
| US BANK CORP., et al.,, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion to continue the non-jury trial in this matter [#20] is granted and this case is removed from the January 12, 2009 trial docket.

**IT IS FURTHER ORDERED** that this matter is set for a telephone conference on **Monday, January 12, 2009 at 10:00 a.m.** with counsel only. The Court will pace the call.

 

*[signature: Catherine D. Perry]*
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 9th day of January, 2009.