UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANKICA JURIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07CV1433 CDP |
| | ) | |
| US BANK CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For reasons discussed during the telephone conference held today,

**IT IS HEREBY ORDERED** that the plaintiff shall provide the expert report required by Rule 26(a)(2), Fed.R.Civ.P., for plaintiff's previously disclosed expert witness no later than **February 6, 2009**, and shall make the expert witness available for deposition no later than **February 20, 2009**.

**IT IS FURTHER ORDERED** that the government's motion in limine [#17] to exclude the testimony of plaintiff's expert is denied as moot. However, plaintiff's counsel is cautioned that if he fails to meet either of the deadlines set forth above, and the government files a motion to exclude plaintiff's expert witness on that basis, the government's motion <u>will</u> be granted and the expert will not be allowed to testify.

**IT IS FURTHER ORDERED** that this case is set for a NON-JURY trial on **Friday, March 6, 2009 at 9:00 a.m.** This is a special setting.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 12th day of January, 2009.